

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

12/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN RE PETITION OF BROOKS SIEGEL FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

O R D E R

FILED

DEC 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Brooks Siegel has petitioned this Court for reinstatement to active status in the State Bar of Montana. Siegel was placed on inactive status on September 11, 2020, for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2020. Although the petition does not state this failure has now been remedied or provide a copy of the letter from the State Bar of Montana confirming compliance, we contacted the State Bar and obtained verification of Siegel's compliance with CLE requirements for that reporting year. The Petition states that Siegel is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Brooks Siegel for reinstatement to active status in the State Bar of Montana is GRANTED.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 29th day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices